Form definmgt

# UNITED STATES BANKRUPTCY COURT
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

In Re:
Alan Tabor
6547 S Oakley Ave
Chicago, IL 60636
SSN: xxx–xx–3816 EIN: N.A.
dba Tabor' Complete Comfort Mechanical Inc

Case No. :   15–14779
Chapter :    7
Judge :      Timothy A. Barnes

### NOTICE TO INDIVIDUAL DEBTORS IN CHAPTER 7 OR CHAPTER 11 CASES
### OF REQUIRED DOCUMENT FOR DISCHARGE

   Unless an approved Personal Financial Management Course Provider has notified the Court that you have completed the course, you must complete and file Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management (Official Form 23) pursuant to Bankruptcy Rule 1007(b)(7). Please include the certificate number on Official Form 23 or attach the certificate you received from the approved Personal Financial Management Course Provider.

   A list of "Approved Debtor Education Providers" is available at the U.S. Trustee's website at www.justice.gov/ust/eo/bapcpa/ccde/index.htm.

   Official Form 23 is available at our website at www.ilnb.uscourts.gov/Forms/

   You must file Official Form 23 within 60 days after the first date set for the meeting of creditors under § 341. If you do not file Official Form 23, your case will be closed without a discharge. You will still be liable for the debts you owed before filing. If you subsequently file a Motion to Reopen, you must pay the reopening fee.

   If you are represented by an attorney, please contact your attorney for guidance.

   If you have any questions about submitting the form, please call 312–408–5000.

FOR THE COURT

Dated: July 16, 2015

Jeffrey P. Allsteadt, Clerk
United States Bankruptcy Court

United States Bankruptcy Court
Northern District of Illinois

In re:   Case No. 15-14779-TAB
Alan Tabor   Chapter 7
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1    User: admin    Page 1 of 1    Date Rcvd: Jul 16, 2015
                 Form ID: definmgt    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 18, 2015.
db          +Alan Tabor,    6547 S Oakley Ave,    Chicago, IL 60636-2423

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 18, 2015                             Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 16, 2015 at the address(es) listed below:
         Brian   Audette     baudette@perkinscoie.com,    IL32@ecfcbis.com
         Brian   Audette     on behalf of Trustee Brian   Audette baudette@perkinscoie.com,    IL32@ecfcbis.com
         Patrick S Layng     USTPRegion11.ES.ECF@usdoj.gov
                                                                                        TOTAL: 3